**TIMOTHY J. RYAN, SBN 99542**
**REBEKKA MARTORANO, SBN 173600**
**STEPHEN E. PAFFRATH, SBN 195932**
**THE RYAN LAW GROUP**
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Telephone:  (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com
spaffrath@ryanlg.com

Attorneys for Defendants
AVIAT AIRCRAFT, INC. AND STUART HORN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AVIAT AIRCRAFT, INC. a Wyoming Corporation, and STUART HORN, an individual residing in the State of New York,<br><br>　　　　　Defendants. | Case No.  2:10-CV-02055-JAM-EFB<br><br>**ORDER RE EX PARTE APPLICATION OF DEFENDANT AVIAT AIRCRAFT, INC. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　　The *Ex Parte* Application of Defendant Aviat Aircraft, Inc for Extension of Time to Respond to Complaint was filed with this Court on September 1, 2010.

　　　　Good cause appearing, the Court hereby grants the application.  Defendant Aviat Aircraft, Inc.'s time to file its response to the complaint pursuant to Federal Rule of Civil Procedure 12(a)(1) is extended by 28 days until September 29, 2010.

　　　　IT IS SO ORDERED

Dated: September 1, 2010　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　United States District Judge

---

**[PROPOSED] ORDER RE**
**EX PARTE APPLICATION OF DEFENDANT AVIAT AIRCRAFT, INC. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**