JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theIPlawfirm.com

PETER R. TOLLEY
FOSTER, SWIFT, COLLINS & SMITH, P.C.
1700 East Beltline, N.E., Suite 200
Grand Rapids, MI  49525
(616) 726-2211
(616) 726-2299 FAX
ptolley@fosterswift.com

Attorney for Plaintiff
GENERAL CHARLES E.
"CHUCK" YEAGER (RET.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.)<br><br>          Plaintiff,<br><br>v.<br><br>AVIAT AIRCRAFT, INC., a Wyoming Corporation, and STUART HORN, an Individual residing in the State of New York,<br><br>          Defendants. | Case No.: 2:10-CV-02055 JAM EFB<br><br>**ORDER PERMITTING PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT** |

PDF created with pdfFactory trial version www.pdffactory.com

After consideration of the papers filed by the plaintiff, GENERAL CHARLES E. "CHUCK" YEAGER, in support of his motion to file a first amended complaint, and the notice of non-opposition filed by defendants, AVIAT AIRCRAFT, INC. and STUART HORN, the plaintiff's motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Plaintiff's First Amended Complaint is deemed filed as of November 17, 2010.

IT IS FURTHER ORDERED that the defendants shall file their responses to the First Amended Complaint by no later than December 7, 2010.

Date:   November 19, 2010              /s/ John A. Mendez_____
                                       Hon. John A. Mendez
                                       United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com