JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theIPlawfirm.com

PETER R. TOLLEY
FOSTER, SWIFT, COLLINS & SMITH, P.C.
1700 East Beltline, N.E., Suite 200
Grand Rapids, MI  49525
(616) 726-2211
(616) 726-2299 FAX
ptolley@fosterswift.com

Attorney for Plaintiff
GENERAL CHARLES E.
"CHUCK" YEAGER (RET.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.)<br><br>Plaintiff,<br><br>v.<br><br>AVIAT AIRCRAFT, INC., a Wyoming Corporation, and STUART HORN, an Individual residing in the State of New York,<br><br>Defendants. | Case No.: 2:10-CV-02055 JAM EFB<br><br>**ORDER DENYING DEFENDANT HORN'S MOTION TO QUASH SERVICE OF PROCESS AND DISMISS FOR LACK OF PERSONAL JURISDICTION** |

After consideration of the moving and reply papers filed by the defendant, STUART HORN, in support of his Motion to Quash Service of Process and Dismiss for Lack of Personal Jurisdiction, the opposition papers filed by plaintiff, GENERAL CHARLES E. "CHUCK" YEAGER, and the arguments of counsel during the hearing on November 17, 2010, the defendant's motion is hereby DENIED.

Date:   November 19, 2010         /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com