ROBERT C. GEBHARDT (SBN 48965)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370
e-mail: Robert.Gebhardt@wilsonelser.com

Attorneys for Defendants
AVIAT AIRCRAFT, INC. &
STUART HORN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>       Plaintiff,<br><br>vs.<br><br>AVIAT AIRCRAFT, INC., and STUART HORN,<br><br>       Defendants. | Case No.: 2:10-cv-02055 JAM/EFB<br><br>**ORDER GRANTING DEFENDANTS AVIAT AIRCRAFT, INC.'S AND STUART HORN'S MOTION FOR SUMMARY JUDGMENT** |

Defendants Aviat Aircraft, Inc.'s and Stuart Horn's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, came on regularly for hearing on November 2, 2011 at 9:30 a.m., before the Honorable John A. Mendez in Courtroom 6 of the above-referenced Court. Peter R. Tolley with Foster, Swift, Collins & Smith, P.C. and Daryl B. Katcher with the Law Offices of Daryl B. Katcher appeared for Plaintiff. Robert C. Gebhardt with Wilson, Elser, Moskowitz, Edelman & Dicker, LLP and Hugh McBreen with McBreen & Kopko, LLP (via telecom) appeared for Defendants.

Having considered all papers filed in support of and in opposition of the motion, the arguments of counsel at the hearing on the motion, and all pleadings and evidence filed in this action, and good cause appearing therefore, the Court orders as follows:

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED THAT:

1. The Motion for Summary Judgment of Defendants is granted in its entirety, and as to all causes of action asserted by Plaintiff and as to all relief sought by Plaintiff in this action; and

2. Judgment shall be entered in favor of Defendants in this action.

Date:  November 9, 2011         /s/ John A. Mendez_____
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com